## UNITED STATES
### v.
## WILLIAM FORSITH

1811

### JOURNAL ENTRIES

1. Appearance . . . . . . . . . . *Journal, infra,* \*p. 343

### PAPERS IN FILE
[None]

## UNITED STATES
### v.
## GEORGE EWING WILSON

1811

### JOURNAL ENTRIES

1. Appearance . . . . . . . . . . *Journal, infra,* \*p. 343

### PAPERS IN FILE
[None]